# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHIRLEY JONES,

        Plaintiff,                  CASE NUMBER: 16-CV-14343-DT

v.                                   HON. ROBERT H. CLELAND

FLINT HOUSING COMMISSION,

        Defendant.
                                     /

## ORDER OF DISMISSAL FOR LACK OF PROGRESS

The court issued an order for Plaintiff Shirley Jonesh to show cause why the case should not be dismissed for failure to prosecute on October 23, 2017. No response has been filed. Therefore,

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: November 8, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 8, 2017, by electronic and/or ordinary mail.

                                            s/Lisa Wagner
                                            Case Manager and Deputy Clerk
                                            (810) 292-6522